THE PEOPLE ex rel. WELCOME ANDREWS AND OTHERS, *v.* THE BOARD OF SUPERVISORS OF ERIE COUNTY AND OTHERS.

*Chap.* 419, *of* 1874.

CERTIORARI to review the proceedings of the board of supervisors of Erie, of the town board of the town of Sardinia, and of certain commissioners appointed by chapter 419 of the Laws of 1874, to act in reference to constructing a town hall in the village of Sardinia. The General Term *held,* that the commissioners had not executed the bonds required by the act to be given by them before entering upon the discharge of their duties, and therefore reversed the proceedings.

*Thomas Corlett* and *Johnson & Knight,* for relators.    *Lewis, Gurney & Sill,* for respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Proceedings reversed, with costs to the relators against the commissioners.